KGO/AMK                                                          7357-12029

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (No.: VI) | MDL Docket No.: 875 |
| MARILYN J. NISBET, Individually and On behalf of the Estate of JOHN T. NISBET, | ED Pa. Case No.: 2:12-cv-60183 |
| Plaintiff, | Transferor District Court: North Dakota – Northeastern Division Case No.: 12-cv-00061 |
| vs. | |
| ALCATEL-LUCENT USA, INC., et al., | |
| Defendants. | |

## APPEARANCE

Kevin G. Owens of Johnson & Bell, Ltd., hereby enters his Appearance as counsel for ArcelorMittal USA LLC, incorrectly sued as "ArcelorMittal Minorca Mine, Inc." and also incorrectly sued as "ArcelorMittal USA LLC, f/k/a ArcelorMittal USA, Inc."

Defendant demands trial by jury.

Respectfully submitted,

JOHNSON & BELL, LTD.

By: /s/Kevin G. Owens
One of the attorneys for
Defendant, ArcelorMittal USA LLC
*LEAD ATTORNEY – TO BE NOTICED*

Kevin G. Owens
JOHNSON & BELL, LTD.
33 West Monroe St. - Suite 2700
Chicago, IL  60603
(312) 372-0770

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (No.: VI) | ) ) ) | MDL Docket No.: 875 |
| MARILYN J. NISBET, Individually and On behalf of the Estate of JOHN T. NISBET, | ) ) ) | ED Pa. Case No.: 2:12-cv-60183 |
| Plaintiff, | ) ) ) | Transferor District Court: North Dakota |
| vs. | ) ) | |
| ALCATEL-LUCENT USA, INC., et al., | ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2012, a copy of the **Notice of Appearance** was filed electronically and is available for viewing and downloading from the Court's ECF system. All counsel of record have been served via electronic service.

Respectfully submitted,

JOHNSON & BELL, LTD.

By:   /s/Kevin G. Owens
Kevin G. Owens
One of the attorneys for
Defendant, ArcelorMittal USA LLC
*LEAD ATTORNEY – TO BE NOTICED*

Kevin G. Owens
JOHNSON & BELL, LTD.
33 West Monroe St. - Suite 2700
Chicago, IL  60603
(312) 372-0770